DELANCEY KOSHER RESTAURANT & CATERERS CORP., Respondent, *v.* PHIL GLUCKSTERN et al., Appellants, et al., Defendants.

Submitted April 21, 1954; decided April 23, 1954.

*William E. Haudek* for motion for a stay.

*Kalman I. Nulman* and *Irving Schneider* for motion to dismiss appeal and in opposition to motion for a stay.

Motion and cross motion denied.